**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARCUS L. TAYLOR,

    Plaintiff,

v.                                          Case No. 8:21-cv-1328-WFJ-SPF

PAUL BLACKMAN, SHERIFF OF
HIGHLANDS COUNTY, et. al.,

    Defendants.
_____/

**ORDER OF TRANSFER**

    After examination of the complaint (Doc. 1), it appears this civil rights action should be transferred to the United States District Court for the Southern District of Florida because the alleged events giving rise to the cause of action occurred in Highlands County, Florida, which is within the jurisdiction of that Court.

    Accordingly, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), this case is **transferred** to the **United States District Court for the Southern District of Florida** for all further proceedings, and the Clerk shall immediately terminate any pending motions, close this case, and forward the file to that District.

    ORDERED in Tampa, Florida on June 3, 2021.

_/s/ William F. Jung_
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

Copy to: Plaintiff, *pro se*